IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FATIMA JEWETT,

Plaintiff,

v.

J.B. HUNT TRANSPORTATION SERVICES, INC.,

Defendant.

CIVIL ACTION
NO. 25-5002

**ORDER**

**AND NOW**, this 30th day of September 2026, upon consideration of Defendant's Motion to Dismiss Count II of the Amended Complaint (Doc. No. 8), Plaintiff's Response in Opposition (Doc. No. 13), and Defendant's Reply (Doc. No. 14), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Defendant's Motion to Dismiss Count II of the Amended Complaint (Doc. No. 8) is **DENIED**.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.